**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Doris Ann Phillips and Jason John Plumley, Defendants,

Of whom Doris Ann Phillips is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-000868

———————————

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2017-UP-410
Submitted October 19, 2017 – Filed October 24, 2017

———————————

**AFFIRMED**

———————————

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem for the minor children.

————————

**PER CURIAM:** Doris Ann Phillips appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Thus, we affirm the family court's ruling and relieve Phillips's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.